

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-83,098-01

### EX PARTE CHARLES LAMONT WALLER, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 1445688-A IN THE 208TH DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*.

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of possession of 3,4 methlenedioxy methamphetamine (MDMA) and sentenced to imprisonment for two years. He did not appeal his conviction.

Applicant contends that his plea was involuntary and that his conviction violates due process. The evidence in his case was tested and found not to contain MDMA, even though the lab test shows that the evidence contained cocaine and methamphetamine, different controlled substances.

The parties have entered agreed findings of fact and conclusions of law, and the trial court has determined that Applicant's decision to plead guilty in this case was not a voluntary and intelligent choice. Applicant is entitled to relief. *Ex parte Mable*, 443 S.W.3d 129 (Tex. Crim. App. 2014).

Relief is granted. The judgment in cause number 1445688 in the 208th District Court of Harris County is set aside, and Applicant is remanded to the custody of the Sheriff of Harris County to answer the charges as set out in the information. The trial court shall issue any necessary bench warrant within 10 days after the mandate of this Court issues.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and Pardons and Paroles Division.

Delivered: May 4, 2016
Do not publish